UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2009 OCT 20 A 10: 01
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

| IN RE:<br><br>ANNEMARIE BAKER<br><br>Debtor | Chapter 7<br><br>Case No. 07-12925-MWV |
|---|---|

## TRUSTEE'S REPORT OF SMALL DIVIDEND CHECKS

Now comes Bruce A. Harwood, ("Trustee") to report pursuant to 11 U.S.C. §347 and Rule 3010 of the Federal Rules of Bankruptcy Procedure that the following funds are dividends less than $5.00 for the two (2) claimants as noted below.

Proof of Claim #: 3     Claim Paid: $2.91
   Claimant: Energy North Natural Gas, Inc. d/b/a KeySpan Energy Delivery NE, Elisa M. Pugliese, Esq., 175 E. Old Country Road, Hicksville, NY 11801

Proof of Claim #: 6     Claim Paid: $3.63
   Claimant: Spirit of America National Bank/Fashion Bug, First Express, P.O. Box 856021, Louisville, KY 40285

1. The trustee was granted an Order to Disburse funds to the creditors dated September 16, 2008 following the approval of Trustee's Final Report.

2. The trustee has accordingly submitted check number 1010, made payable to the United States Bankruptcy Court in the amount of $6.54.

Dated: October 19, 2009

Respectfully submitted,

[signature]

Bruce A. Harwood, Trustee (BNH 01519)
Sheehan Phinney Bass + Green, PA
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
Phone: (603) 627-8139

cc: Kerri